

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
CARMEN BIGIO, Individually and,
On Behalf of All other persons similarly situated      :      07 CV 4622 (GEL)
                                                       :
                              Plaintiff,               :      STIPULATION EXTENDING
        -against-                                      :      TIME
                                                       :
JP MORGAN CHASE & CO.,                                 :
                              Defendant.               :
-------------------------------------------------------------X

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the parties in the above-captioned action, that the time for Defendant JPMorgan Chase & Co. to answer, move or otherwise plead against the Complaint in this action is extended from June 25, 2007 to and including July 23, 2007.

Dated:   New York, New York
         June 20, 2007

LIDDLE & ROBINSON, L.L.P.                          J. P. Morgan Chase Legal Department

By: _____                        By: _____
    Christine A. Palmieri (CP 8235)                    Todd A. Gutfleisch (TAG 5905)
Attorney(s) for Plaintiff(s)                       Attorney(s) for Defendant
800 Third Avenue                                   JP Morgan Chase & Co.
New York, New York 10022                           One Chase Manhattan Plaza, 26th Floor
(212) 687-8500                                     New York, New York 10081
                                                   (212) 552-0913

SO ORDERED

_____

158843:v1