UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CARMEN BIGIO, Individually and on Behalf of All other person similarly situated,<br><br>        Plaintiff,<br><br>-against-<br><br>JP MORGAN CHASE & CO.,<br><br>        Defendant. | Civil Action No. 07-4622 (GEL) |

**DEFENDANT'S RULE 7.1 STATEMENT**

  Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable district judges and magistrate judges of the court to evaluate possible disqualification or recusal, the undersigned attorneys of record for Defendant JPMorgan Chase Bank, National Association (incorrectly identified in the caption of the Complaint as "JP Morgan Chase & Co.") certify that the following reflects any publicly held corporate parents, and listing of any publicly held company that owns 10% or more of the party's stock:

        **JPMorgan Chase & Co.**

DATED: July 23, 2007

/s/ Sam S. Shaulson
Sam S. Shaulson (SS 0460)
MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue
New York, NY
212.309.6000
212.309.6001 (fax)

        - and –

Todd Gutfleisch (TAG 5905)
JPMORGAN CHASE & CO.
One Chase Manhattan Plaza
26th Floor
New York, NY 10006
212.552.0913
212.552.1630 (fax)

ATTORNEYS FOR DEFENDANTS
JPMorgan Chase Bank, National Association

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CARMEN BIGIO, Individually and on Behalf of All other person similarly situated,<br><br>Plaintiff,<br><br>-against-<br><br>JP MORGAN CHASE & CO.,<br><br>Defendant. | Civil Action No. 07-4622 (GEL) |

## CERTIFICATE OF SERVICE

I hereby certify that on July 23, 2007, I electronically filed Defendant's Rule 7.1 Statement with the Clerk of the District Court using its CM/ECF system, which will then electronically notify the following CM/ECF system participants on this case:

    Christine A. Palmieri
    LIDDLE & ROBINSON, L.L.P.
    800 Third Avenue
    New York, NY  10022

        and

    Jeffrey M. Gottlieb
    BERGER & GOTTLIEB
    150 East 18th Street, Suite PHR
    New York, NY  10003

                        /s/ Sam S. Shaulson
                        Sam S. Shaulson (SS 0460)
                        MORGAN, LEWIS & BOCKIUS LLP
                        101 Park Avenue
                        New York, NY
                        212.309.6000
                        212.309.6001 (fax)

                        Counsel for Defendant
                        JPMorgan Chase Bank, National Association