# EXHIBIT 1

# AFFIDAVIT OF HOLLY VERMEULEN

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CARMEN BIGIO, Individually and on Behalf of All other person similarly situated,<br><br>                          Plaintiff,<br><br>           -against-<br><br>JP MORGAN CHASE & CO.,<br><br>                          Defendant. | Civil Action No. 07-4622 (GEL) |

### DECLARATION OF HOLLY VERMEULEN

I, Holly Vermeulen, hereby declare and state as follows:

1.      I am employed by JPMorgan Chase & Co. in the position of Payroll & Tax Operations Manager. I have knowledge of the following facts and, if called as a witness, I could competently testify to them.

2.      One of my job duties as Payroll & Tax Operations Manager is the management and maintenance of payroll records of current and former employees of JPMorgan Chase Bank, National Association ("JPMorgan Chase"), including bank tellers in New York.

3.      I have access to personnel and benefits files and payroll records for all of JPMorgan Chase, which are kept in the ordinary course of business.

4.      Plaintiff Carmen Bigio was employed by JPMorgan Chase as a bank teller beginning on February 1, 2001.

5.      In 2001, Ms. Bigio was paid a regular hourly rate of pay of no less than $9.89 per hour and worked a 35-hour workweek.

6.      In 2002, Ms. Bigio was paid a regular hourly rate of pay of no less than $10.32 per hour and worked a 35-hour workweek.

7.    In 2003, Ms. Bigio was paid a regular hourly rate of pay of no less than $10.32 per hour and worked a 35-hour workweek.

8.    In 2004, Ms. Bigio was paid a regular hourly rate of pay of no less than $9.23 per hour and worked a 40-hour workweek.

9.    In 2005, Ms. Bigio was paid a regular hourly rate of pay of no less than $9.41 per hour and worked a 40-hour workweek.

10.    In 2006, Ms. Bigio was paid a regular hourly rate of pay of no less than $12.50 per hour and worked a 40-hour workweek.

11.    She was paid for all overtime hours worked at one and one-half times her regular rate.

12.    JPMorgan Chase pays employees on a semi-monthly basis, i.e., on the 15th of the month and the last day of the month.

13.    JPMorgan Chase pay employees for all regular hours worked for each semi-monthly pay period on a current basis (i.e., an employee receiving a pay check on the 15th of the month reflects pay for all regular hours worked the 1st through the 15th days of that month).

14.    Overtime hours, however, are not necessarily reflected in the same pay period in which the overtime was actually worked.

15.    Like most employers, JPMorgan Chase pays overtime compensation in subsequent payroll periods and overtime worked during the first half of the month might not be paid until the pay check on the last day of the month.

16.    A review of JPMorgan Chase's Payroll 2006 Time Calendar, which is attached, reflects this practice. For example, January 4, 2006 was the deadline for the entry of overtime hours worked during the period December 19, 2005 to January 1, 2006, and all overtime worked

2

during that period would be paid in the following pay period, i.e., the pay period ending January 15, 2006. (See Exhibit A, Payroll 2006 Time Calendar.)

17.    Attached hereto as Exhibit B is a true and correct copy of JPMorgan Chase's semi-monthly payroll register for Plaintiff for the pay period ending January 15, 2006. Exhibit C is a true and correct copy of JPMorgan Chase's semi-monthly payroll register for Plaintiff for the pay period ending October 31, 2005. Exhibit D is a true and correct copy of JPMorgan Chase's semi-monthly payroll register for Plaintiff for the pay period ending September 15, 2004. JPMorgan Chase's payroll registers are maintained in the ordinary course of business.

18.    Ms. Bigio's payroll statement for the payroll period ending January 1, 2006 has two overtime entries. The first entry reflects 5.08 hours worked during the pay period ending December 31, 2005 at which time her regular rate was $9.41. The second overtime entry reflects 8.50 hours worked during the current pay period (ending January 1, 2006), at which time her regular rate had increased to $12.50.


I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 23, 2007.

Holly Vermeulen

# TAB A

# TO EXHIBIT 1

# PAYROLL 2006 TIME CALENDAR

## Payroll 2006 Time Calendar

| Pay Date | Pay Period (Salary) | Time Entry Period (for all) Pay Period(Hrly) | Time & Attendance system Cut-Off for: Employee Input & Mgr corrections (5:00 PM Eastern) | Time & Attendance system Cutoff for: Timekeeper Input & Manager approvals (5:00 PM Eastern) | On-Line Timecard system Cutoff for: Manager approvals (5:00 PM Eastern) |
|---|---|---|---|---|---|
| 01/13/06 | 01/01 - 01/15 | 12/19 - 01/01 | 01/04/06 | 01/05/06 | 01/04/06 |
| 01/31/06 | 01/16 - 01/31 | 01/02 - 01/15 | 01/20/06 | 01/23/06 | 01/20/06 |
| 02/13/06 | 02/01 - 02/15 | 01/16 - 01/29 | 02/06/06 | 02/07/06 | **02/03/06** |
| 02/28/06 | 02/16 - 02/28 | 01/30 - 02/12 | 02/16/06 | 02/17/06 | 02/16/06 |
| 03/15/06 | 03/01 - 03/15 | 02/13 - 02/26 | 03/06/06 | 03/07/06 | **03/03/06** |
| 03/31/06 | 03/16 - 03/31 | 02/27 - 03/12 | 03/22/06 | 03/23/06 | **03/17/06** |
| 04/15/06 | 04/01 - 04/15 | *03/13 - 04/02* | 04/05/06 | 04/06/06 | 04/05/06 |
| 04/28/06 | 04/16 - 04/30 | 04/03 - 04/16 | 04/19/06 | 04/20/06 | 04/19/06 |
| 05/15/06 | 05/01 - 05/15 | 04/17 - 04/30 | 05/04/06 | 05/05/06 | 05/04/06 |
| 05/31/06 | 05/16 - 05/31 | 05/01 - 05/14 | 05/19/06 | 05/22/06 | 05/19/06 |
| 06/15/06 | 06/01 - 06/15 | 05/15 - 05/28 | 06/06/06 | 06/07/06 | **06/02/06** |
| 06/30/06 | 06/16 - 06/30 | 05/29 - 06/11 | 06/21/06 | 06/22/06 | **06/16/06** |
| 07/14/06 | 07/01 - 07/15 | *06/12 - 07/02* | 07/05/06 | 07/06/06 | 07/05/06 |
| 07/31/06 | 07/16 - 07/31 | 07/03 - 07/16 | 07/20/06 | 07/21/06 | 07/20/06 |
| 08/15/06 | 08/01 - 08/15 | 07/17 - 07/30 | 08/04/06 | 08/07/06 | 08/04/06 |
| 08/31/06 | 08/16 - 08/31 | 07/31 - 08/13 | 08/22/06 | 08/23/06 | **08/18/06** |
| 09/15/06 | 09/01 - 09/15 | 08/14 - 08/27 | 09/06/06 | 09/07/06 | 09/06/06 |
| 09/29/06 | 09/16 - 09/30 | *08/28 - 09/17* | 09/20/06 | 09/21/06 | 09/20/06 |
| 10/13/06 | 10/01 - 10/15 | 09/18 - 10/01 | 10/03/06 | 10/04/06 | 10/03/06 |
| 10/31/06 | 10/16 - 10/31 | 10/02 - 10/15 | 10/20/06 | 10/23/06 | 10/20/06 |
| 11/15/06 | 11/01 - 11/15 | 10/16 - 10/29 | 11/06/06 | 11/07/06 | **11/03/06** |
| 11/30/06 | 11/16 - 11/30 | 10/30 - 11/12 | 11/20/06 | 11/21/06 | **11/17/06** |
| 12/15/06 | 12/1 - 12/15 | *11/13 - 12/03* | 12/06/06 | 12/07/06 | 12/06/06 |
| 12/29/06 | 12/16 - 12/31 | 12/04 - 12/17 | 12/19/06 | 12/20/06 | 12/19/06 |

* means three week time entry period*          Version Effective: 11/22/05

This schedule is based on Eastern Daylight Savings time during April through October.

# TAB B

# TO EXHIBIT 1

## PAYROLL REGISTER FOR PAY PERIOD ENDING 01/15/2006

Report ID: CUPAY602(PSPRD89)
Payroll Co:    The Chase Manhattan Bank    (# 001 )  GL Co: 0102
Pay Period End 01/15/2006

JPMorgan Chase
PAYROLL REGISTER

On/Off Cycle

Page No. 126
Run Date 06/05/2007
Run Time 08:23:09

| Employee Name/ID Dept. ID Check Date Check No. Hours Business Unit | Form ID |  | <----- REGULAR ------> Earnings | <--- OVERTIME ---> Hours Earnings | <------- OTHER -------> Type Hours Earnings |  | Gross Pay | Taxes Type |  | Deductions Code |  | Net Pay |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Biagio,Carmen W 123096 00788 USNY2 | MCMB 01/13/2006 A001809536 | 86.67 8.00- | 1,083.33 100.00- | 0.00 | RRP OTP HCL OTP | 5.08 8.00 8.50 | 267.08 71.76 100.00 159.37 | 1,581.54 | 98.06 OASDI 22.93 MEDI 164.11 FWT 1.30 NYSDI 66.18 NYSWT 40.35 P0001 | 0.95 00-AD&D 0.05 00-CHDADD | 1,187.61 A |
| Department Total |  | 78.67 | 983.33 | 0.00 0.00 | | 21.58 | 598.21 | 1,581.54 | 392.93 | 1.00 | 1,187.61 0.00 1,187.61 A |

Source Legend: K = Batch Final   L = On-line Final   O = On-line

# TAB C

# TO EXHIBIT 1

## PAYROLL REGISTER FOR PAY PERIOD ENDING 10/31/2005

Report ID: CUPAY002(PSPRD89)
Payroll Co:   The Chase Manhattan Bank   (# 001 )   GL Co: 0102
Pay Period End:10/31/2005

JPMorgan Chase
PAYROLL REGISTER
On/Off Cycle

Page No. 120
Run Date 06/05/2007
Run Time 08:23:09

| Employee Name/ID | Form ID | <----- REGULAR ------> | | <--- OVERTIME ---> | | <-------- OTHER --------> | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Dept. ID   Check Date   Check No. | Hours | Earnings | Hours | Earnings | Type | Hours | Earnings | Gross Pay | Taxes Type | Deductions Code | Net Pay |
| Business Unit | | | | | | | | | | | |

Biglo,Carmen W   MCMB   86.67   816.25
321096   10/31/2005 A001107741B
00788   32.00-   301.37-

| | | | Type | Hours | Earnings |
|---|---|---|---|---|---|
| | | | SIP | | 70.00 |
| | | | OTP | 1.17 | 16.53 |
| | | | HOL | 8.00 | 75.34 |
| | | | OTP | 15.00 | 211.90 |
| | | | VAC | 24.00 | 226.03 |

USNY2

Gross Pay: 1,114.68

| Taxes Type | |
|---|---|
| 69.11 | OASDI |
| 16.16 | MEDI |
| 95.74 | FWT |
| 1.30 | NYSDI |
| 35.08 | NYSWT |
| 22.58 | P0001 |

Deductions Code:
0.95 00-AD&D
0.05 00-CHDADD

Net Pay: 873.71 A

Department Total   54.67   514.88   0.00   0.00   48.17   599.80   1,114.68   239.97   1.00   873.71
                                                                                                        0.00
                                                                                                     873.71 A

# TAB D

# TO EXHIBIT 1

## PAYROLL REGISTER FOR
## PAY PERIOD ENDING 09/15/2004

```
Report ID:  CUPAY002(PSPRD99)                                          JPMorgan Chase                                    Page No.  90
Payroll Co:  The Chase Manhattan Bank   (# 001 )  GL Co: 0102          PAYROLL REGISTER                                  Run Date 06/05/2007
Pay Period End:09/15/2004                                             On/Off Cycle                                       Run Time 08:21:09

Employee Name/ID     Form ID                <---- REGULAR ---->  <--- OVERTIME --->  Type   Hours <----- OTHER --------->
Dept. ID  Check Date  Check No. Hours        Earnings             Hours  Earnings            Earnings  Gross Pay   Taxes Type      Deductions Code    Net Pay
Business Unit

Bigio,Carmen W        MCMB          78.67     726.16              11.08   153.41                        879.57     54.53 OASDI     0.99 00-ADAD        712.44 A
323096    09/15/2004 A00007611903                                                                                 12.76 MEDI      0.06 00-CHDADD
00743                                                                                                             61.94 FWT
USNY2                                                                                                             1.30 NYSDI
                                                                                                                 21.44 NYSWT
                                                                                                                 14.11 PG001

Bigio,Carmen W        MCMB                                                          BIP            400.50 400.50   24.83 OASDI                         217.68 A
323096    09/15/2004 A00007611904                                                                                 5.80 MEDI
00743                                                                                                            100.13 FWT
USNY2                                                                                                             32.84 NYSWT
                                                                                                                 19.22 PG001

    Department Total    78.67     726.16              11.08   153.41                  0.00       400.50 1,280.07  348.90          1.05               930.12
                                                                                                                                                      0.00
                                                                                                                                                    930.12 A
```

Source Legend:  K = Batch Final  L = On-line Final  O = On-line

# TAB E

# TO EXHIBIT 1

## PAYROLL REGISTER FOR PAY PERIOD ENDING 12/31/2005

Report ID: CUPAY002(PSPRD89)
Payroll Co:   The Chase Manhattan Bank    (# 001 )  GL Co: 0102
Pay Period End:12/31/2005

JPMorgan Chase
PAYROLL REGISTER
On/Off Cycle

Page No. 125
Run Date 06/05/2007
Run Time 08:23:09

| Employee Name/ID<br>Dept. ID    Check Date    Form ID<br>Check No. Hours | <----- REGULAR ----->    <---- OVERTIME --->    <------- OTHER ---------><br>Earnings    Hours    Earnings    Type    Hours    Earnings | Gross Pay | Taxes Type | Deductions Code | Net Pay |
|---|---|---|---|---|---|
| Business Unit | | | | | |
| Bigio,Carmen W | MCMB    86.67    816.25 | | 55.28 OASDI | 0.95 00-ADAD | 722.32 A |
| 323096    12/30/2005 A0011457350 | | 891.70 | 12.93 MEDI | 0.05 00-CHDADD | |
| 00768 | SIF    75.00 | | 62.30 FWT | | |
| USNY2 | OTP    0.45 | | 1.30 NYSDI | | |
| | | | 22.08 NYSWT | | |
| | | | 14.49 PGG01 | | |
| Department Total | 86.67    816.25    0.00    0.00    75.45 | 891.70 | 168.38 | 1.00 | 722.32<br>0.00<br>722.32 A |