UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CARMEN BIGIO, Individually and on Behalf of All other person similarly situated,<br><br>                        Plaintiff,<br><br>-against-<br><br>JP MORGAN CHASE & CO.,<br><br>                        Defendant. | Civil Action No. 07-4622 (GEL) |

## CERTIFICATE OF SERVICE

I hereby certify that on July 23, 2007, I electronically filed Defendant's Notice of Motion to Dismiss the Complaint of Plaintiff Carmen Bigio and Memorandum in Law in Support thereof, with the Clerk of the District Court using its CM/ECF system, which will then electronically notify the following CM/ECF system participants on this case:

    Christine A. Palmieri
    LIDDLE & ROBINSON, L.L.P.
    800 Third Avenue
    New York, NY  10022

        and

    Jeffrey M. Gottlieb
    BERGER & GOTTLIEB
    150 East 18th Street, Suite PHR
    New York, NY  10003

                                        /s/ Sam S. Shaulson
                                        Sam S. Shaulson (SS 0460)
                                        MORGAN, LEWIS & BOCKIUS LLP
                                        101 Park Avenue
                                        New York, NY
                                        212.309.6000
                                        212.309.6001 (fax)

                                        Counsel for Defendant
                                        JPMorgan Chase Bank, National Association