LYNCH, S.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/7/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
CARMEN BIGIO, Individually and
on Behalf of All other persons similarly situated,   :   07 Civ. 4622 (GEL)

    Plaintiffs,

    -against-                                   :   STIPULATION OF
                                                  :   DISMISSAL
J.P. MORGAN CHASE & CO.,

    Defendant.
------------------------------------------------------------ x

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the parties in the above-captioned action that, pursuant to F.R.C.P. Rule 41(a)(1), this action is hereby dismissed.

Dated: New York, New York
       August 3, 2007

LIDDLE & ROBINSON, L.L.P.                          J. P. MORGAN CHASE LEGAL DEPT.

By: _____                        By: _____
    Christine A. Palmieri (CP 8235)                    Todd Gutfleisch (TG 5905)
Attorneys for Plaintiff(s)                          Attorneys for Defendant
800 Third Avenue                                    One Chase Manhattan Plaza, 26th Floor
New York, New York 10022                            New York, New York 10081
(212) 687-8500                                      (212) 552-0913


SO ORDERED:
_____
USDJ
8/7/07